**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**JUL 27 1999**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

JEROME A. PORTER,

     Plaintiff-Appellant,

v.

OFFICER SANCHEZ, LIEUTENANT
MOONEYHAM, and O.I.C. PRIME,

     Defendants-Appellees..

No. 99-1229
(District of Colorado)
(D.C. No. 99-Z-532)

**ORDER AND JUDGMENT**[*]

Before **TACHA**, **McKAY,** and **MURPHY**, Circuit Judges.


After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is

therefore ordered submitted without oral argument.

---

[*]This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Plaintiff-Appellant Jerome A. Porter, a prisoner appearing *pro se*, seeks to appeal from the district court's dismissal of his civil rights complaint without prejudice for failure to cure deficiencies. The court ordered Porter to submit a properly-documented motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2) and to submit sufficient copies of the complaint to serve each defendant. The court further informed Porter that his complaint would be dismissed if he did not cure these deficiencies within thirty days. When Porter failed to respond in any way to the district court's order to cure, the district court dismissed the complaint without prejudice. The district court then denied Porter motion to proceed *in forma pauperis* on appeal on the grounds that his belatedly filed copy of his trust account did not cover the appropriate time period.

Before this court, Porter renews his application to proceed *in forma pauperis* on appeal. Although the record indicates that Porter has complied with § 1915(a)(2) in his renewed motion to proceed *in forma pauperis* on appeal, the district court did not abuse its discretion in dismissing without prejudice because it gave proper notice to cure. Rather than filing a Fed. R. Civ. P. 59 motion, a Fed R. Civ. P. 60(b) motion, or a new complaint with appropriate § 1915(a)(2) documentation in the district court, Porter baldly asserts for the first time in his appellate brief that he never received a copy of the district court's order to cure deficiencies. This court will not address contentions that are raised for the first

time on appeal. *See Walker v. Mather (In re Walker)*, 959 F.3d 894, 896 (10th Cir. 1992).

The district court's dismissal of Porter's complaint without prejudice to the refiling of a properly documented motion to proceed *in forma pauperis* is hereby **AFFIRMED**.

ENTERED FOR THE COURT:


Michael R. Murphy
Circuit Judge